EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 2 2004

at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR04-00183 HG |
| Plaintiff, | ) | INDICTMENT |
| v. | ) | |
| TOGITUFA FILO, a.k.a. "KUFA," | ) | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 841(b)(1)(C), 844] |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about April 30, 2004, in the District of Hawaii, TOGITUFA FILO, a.k.a. "KUFA," knowingly and intentionally distributed a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code,

Section 841(a)(1) and 841(b)(1)(C).

## COUNT 2

The Grand Jury further charges:

On or about May 1, 2004, in the District of Hawaii, TOGITUFA FILO, a.k.a. "KUFA," knowingly and intentionally possessed with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

## COUNT 3

The Grand Jury further charges:

On or about May 1, 2004, in the District of Hawaii, TOGITUFA FILO, a.k.a. "KUFA," knowingly and intentionally possessed with the intent to distribute 5 grams or more of cocaine, its salts, optical and geometric isomers and salts of isomers which contain cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

## COUNT 4

The Grand Jury further charges:

On or about May 1, 2004, in the District of Hawaii, TOGITUFA FILO, a.k.a. "KUFA," knowingly and intentionally possessed with the intent to distribute a quantity of cocaine,

its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT 5

The Grand Jury further charges:

On or about May 1, 2004, in the District of Hawaii, TOGITUFA FILO, a.k.a. "KUFA," knowingly and intentionally possessed a quantity of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 844.

DATED: _____May 12_____, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section


_____
LORETTA SHEEHAN
Assistant U.S. Attorney

3