EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00183 HG |
| | ) | |
| Plaintiff, | ) | FIRST SUPERSEDING |
| | ) | INDICTMENT |
| v. | ) | |
| | ) | [21 U.S.C. §§ 841(a)(1), |
| TOGITUFA FILO, | ) | 841(b)(1)(B), 841(b)(1)(C), |
| a.k.a. "KUFA," | ) | 844] |
| | ) | |
| Defendant. | ) | |
| | ) | |

FIRST SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges:

On or about April 30, 2004, in the District of Hawaii, TOGITUFA FILO, a.k.a. "KUFA," knowingly and intentionally distributed a quantity of methamphetamine, its salts, isomers, and salts of its isomers, to wit, .71 grams of methamphetamine,

its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT 2

The Grand Jury further charges:

On or about May 1, 2004, in the District of Hawaii, TOGITUFA FILO, a.k.a. "KUFA," knowingly and intentionally possessed with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, to wit, 40.2 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

## COUNT 3

The Grand Jury further charges:

On or about May 1, 2004, in the District of Hawaii, TOGITUFA FILO, a.k.a. "KUFA," knowingly and intentionally possessed with the intent to distribute 5 grams or more of cocaine, its salts, optical and geometric isomers and salts of isomers which contain cocaine base, to wit, 13.4 grams of cocaine, its salts, optical and geometric isomers and salts of

isomers which contain cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

COUNT 4

The Grand Jury further charges:

On or about May 1, 2004, in the District of Hawaii, TOGITUFA FILO, a.k.a. "KUFA," knowingly and intentionally possessed with the intent to distribute a quantity of cocaine, its salts, optical and geometric isomers and salts of isomers, to wit, 26.0 grams of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

COUNT 5

The Grand Jury further charges:

On or about May 1, 2004, in the District of Hawaii, TOGITUFA FILO, a.k.a. "KUFA," knowingly and intentionally possessed a quantity of marijuana, to wit, approximately 11.8

//
//
//
//
//

grams of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 844.

DATED: _____JUL 2 8 2004_____, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

*(signature)*
_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

*(signature)*
_____
LORETTA SHEEHAN
Assistant U.S. Attorney

4