ORIGINAL

cc: JMS

IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF HAWAII

(HONOLULU)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 30 2008

at /  o'clock and 20  min. P M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA,     )
           RESPONDENT,     )
                        )
                        )
-VS-                       )    **DISTRICT CASE NO:1-04-CR-00183-001**
                        )
TOGITUFA FILO,           )
           DEFENDANT.     )
_____/

### THE DEFENDANT'S

### REQUEST OF THIS HONORABLE COURT TO APPOINT COUNSEL TO ASSIST HIM WITH THE FILING OF HIS MOTION PURSUANT TO TITLE 18 U.S.C. § 3582 (C)(2):

COMES NOW, Togitufa Filo , The Defendant/Petitioner, in **PRO SE**, and hereby respectfully submits his request to this Honorable Court to appoint counsel to represent him, specifically for the purpose of filing his petition to Modify His Term Of Imprisonment pursuant to Title 18 U.S.C. § 3582(C)(2), under Amendment **706** to the United States Sentencing Guidelines.  In support of The Defendant's instant pleading, he states the following:

### ISSUE

In the case at bar, this Honorable Court found that The Defendant was, in fact, indigent, as such, the Court appointed counsel to represent The Defendant in this case.  To date, The

Defendant's indigent status, has not changed, and, he is still not financially able to hire private counsel or to provide security there for to assist him in this legal matter.

The Defendant has attached, to this pleading, a motion confirming his pauperis status and his account statement disclosing his finances at his place of incarceration.

**WHEREFORE,** in the interest of justice and due process of law, The Defendant prays that this Honorable Court give liberal and generous constructions to his pleadings and grant his motion in full, or in the alternative, grant what ever other relief that the Court finds proper and just.

DATE: JUNE 25 2008:

RESPECTFULLY SUBMITTED,

Togitufa Filo #95209-022

## PROOF OF SERVICE

I, Togitufa Filo, hereby swear under penalty of perjury that on this 26 , day of June 2008, I served a true and correct copy of the foregoing motion on the opposing party, by first class US Mail, with sufficient postage, pre-paid, and sent same to the address as follows: United States Attorney's Office, Federal Bldg., Room 6-100, 300 Ala Moana Blvd. Honolulu, Hawaii-96850.

RESPECTFULLY SUBMITTED,

Togitufa Filo #95209-022
F.C.I. Lompoc Low
3600 Guard Road
Lompoc, California-93436

-2-