IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF HAWAII

(HONOLULU)

TOGITUFA FILO,
_____
(Petitioner)

UNITED STATES OF AMERICA.
_____
(Respondent[s])

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

CASE NO: 1-04-CR-00183-001

I, _Togitufa Filo_____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes _____    No __X__

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____ N/A _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

   _____ N/A _____

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?    Yes___   No _X_
   b. Rent payments, interest or dividends?               Yes___   No _X_
   c. Pensions, annuities or life insurance payments?     Yes___   No _X_
   d. Gifts or inheritances?                              Yes___   No _X_
   e. Any other sources?                                  Yes___   No _X_

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

   _____ N/A _____

Do you own any cash, or do you have money in a checking or savings account?   Yes___    No _X_
(Include any funds in prison accounts)

If the answer is yes, state the total value of the items owned.  __N/A__

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    Yes _____    No __X__

If the answer is yes, describe the property and state its approximate value.  __N/A__

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. **N/A**

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __6/25/08__
(Date)

_____
Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ __0.44__ _____ on account to his credit at the __FCC Low Lompoc California__ _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said __telephone acct. 613.71__ instutition: __FCC Low Lompoc California__

DATED __June 25, 2008__

_____
Authorized Officer of Institution

_Case Manager_
Title of Officer

MARTA V. [illegible] CASE MANAGER,
AUTHORIZE[D] [illegible] OF JULY 7,
1955, AS A[MENDED TO] ADMINISTER
OATHS (18 USC 4004)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY