## Commissary History

### Purchases

Validation Period Purchases: $145.30
YTD Purchases: $1,017.95
Last Sales Date: 6/18/2008 5:00:49 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $132.95
Remaining Spending Limit: $157.05

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments:



**All Transactions**

| Inmate Reg #: | 95209022 | Current Institution: | Lompoc FCC |
|---|---|---|---|
| Inmate Name: | FILO, TOGITUFA | Housing Unit: | LOF-K-B |
| Report Date: | 06/25/2008 | Living Quarters: | K08-004L |
| Report Time: | 3:06:32 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 6/20/2008 11:05:22 AM | Phone Withdrawal | ($7.00) | TFN0620 | | $0.44 |
| 6/18/2008 5:00:49 PM | Sales | ($45.05) | 10 | | $7.44 |
| 6/17/2008 4:55:31 PM | Phone Withdrawal | ($10.00) | TFN0617 | | $52.49 |
| 6/17/2008 2:04:13 PM | Western Union | $50.00 | 33318708 | | $62.49 |
| 6/11/2008 7:08:11 AM | Phone Withdrawal | ($8.00) | TFN0611 | | $12.49 |
| 6/9/2008 2:05:30 PM | Payroll - IPP | $10.08 | HIPP0508 | | $20.49 |
| 6/4/2008 5:13:49 PM | Sales | ($44.60) | 11 | | $10.41 |
| 5/28/2008 5:03:44 PM | Sales | ($55.65) | 10 | | $55.01 |
| 5/28/2008 5:04:06 AM | Western Union | $100.00 | 33317308 | | $110.66 |
| 5/14/2008 5:25:26 PM | Sales | ($30.70) | 17 | | $10.66 |
| 5/9/2008 9:29:06 AM | Payroll - IPP | $10.56 | HIPP0408 | | $41.36 |
| 5/8/2008 1:00:17 PM | Phone Withdrawal | ($13.00) | TFN0508 | | $30.80 |
| 5/7/2008 5:15:05 PM | Sales | ($33.00) | 14 | | $43.80 |
| 5/7/2008 5:13:18 PM | Sales | ($43.65) | 13 | | $76.80 |
| 5/2/2008 5:06:05 PM | Western Union | $120.00 | 33315508 | | $120.45 |
| 4/27/2008 7:27:22 AM | Phone Withdrawal | ($4.00) | TFN0427 | | $0.45 |
| 4/23/2008 5:27:17 PM | Sales | ($14.25) | 16 | | $4.45 |
| 4/16/2008 5:41:49 PM | Sales | ($55.45) | 18 | | $18.70 |
| 4/9/2008 11:11:36 AM | Phone Withdrawal | ($10.00) | TFN0409 | | $74.15 |
| 4/8/2008 2:03:54 PM | Western Union | $50.00 | 33313708 | | $84.15 |
| 4/7/2008 1:18:50 PM | Payroll - IPP | $10.08 | HIPP0308 | | $34.15 |
| 4/2/2008 5:19:51 PM | Sales | ($78.90) | 22 | | $24.07 |
| 4/1/2008 6:04:54 PM | Western Union | $100.00 | 33313208 | | $102.97 |
| 3/13/2008 5:11:10 PM | Sales | ($77.15) | 10 | | $2.97 |
| 3/12/2008 7:20:36 AM | Phone Withdrawal | ($30.00) | TFN0312 | | $80.12 |
| 3/10/2008 6:03:32 PM | Western Union | $100.00 | 33311608 | | $110.12 |
| 3/10/2008 10:34:25 AM | Payroll - IPP | $9.60 | HIPP0208 | | $10.12 |
| 2/29/2008 11:19:09 AM | Phone Withdrawal | ($5.00) | TFN0229 | | $0.52 |
| 2/21/2008 5:06:49 PM | Sales | ($15.10) | 7 | | $5.52 |
| 2/14/2008 5:35:30 PM | Sales | ($69.65) | 16 | | $20.62 |
| 2/10/2008 12:17:09 PM | Phone Withdrawal | ($20.00) | TFN0210 | | $90.27 |
| 2/8/2008 9:42:33 AM | Payroll - IPP | $10.08 | HIPP0108 | | $110.27 |
| 2/6/2008 3:03:54 PM | Western Union | $100.00 | 33309308 | | $100.19 |
| 1/31/2008 5:24:25 PM | Sales | ($8.00) | 15 | | $0.19 |
| 1/24/2008 5:21:09 PM | Sales | ($62.50) | 12 | | $8.19 |
| 1/24/2008 6:49:54 AM | Phone Withdrawal | ($11.00) | TFN0124 | | $70.69 |
| 1/19/2008 12:15:23 PM | Phone Withdrawal | ($20.00) | TFN0119 | | $81.69 |
| 1/19/2008 5:03:58 AM | Western Union | $100.00 | 33308008 | | $101.69 |
| 1/17/2008 5:51:04 PM | Sales | ($9.10) | 24 | | $1.69 |
| 1/7/2008 9:43:36 AM | Payroll - IPP | $8.64 | HIPP1207 | | $10.79 |
| 1/3/2008 11:37:57 AM | Sales | ($17.10) | 34 | | $2.15 |
| 12/26/2007 12:22:37 PM | Phone Withdrawal | ($30.00) | TFN1226 | | $19.25 |
| 12/26/2007 11:35:23 AM | Sales | ($51.60) | 22 | | $49.25 |
| 12/25/2007 5:02:59 PM | Western Union | $100.00 | 33306208 | | $100.85 |
| 12/16/2007 12:33:22 PM | Phone Withdrawal | ($4.00) | TFN1216 | | $0.85 |
| 12/10/2007 5:28:45 PM | Sales | ($7.60) | 12 | | $4.85 |
| 12/10/2007 12:10:28 PM | Phone Withdrawal | ($3.00) | TFN1210 | | $12.45 |
| 12/10/2007 10:23:10 AM | Payroll - IPP | $5.25 | HIPP1107 | | $15.45 |
| 12/9/2007 1:30:45 PM | Phone Withdrawal | ($3.00) | TFN1209 | | $10.20 |
| 12/3/2007 6:22:04 PM | Sales | ($57.15) | 33 | | $13.20 |

1 2

## All Transactions

| | |
|---|---|
| Inmate Reg #: | 95209022 |
| Inmate Name: | FILO, TOGITUFA |
| Report Date: | 06/25/2008 |
| Report Time: | 3:06:36 PM |

| | |
|---|---|
| Current Institution: | Lompoc FCC |
| Housing Unit: | LOF-K-B |
| Living Quarters: | K08-004L |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 11/30/2007 11:25:57 AM | Phone Withdrawal | ($30.00) | TFN1130 | | $70.35 |
| 11/28/2007 12:03:34 PM | Western Union | $100.00 | 33304308 | | $100.35 |
| 11/19/2007 12:23:35 PM | Phone Withdrawal | ($8.00) | TFN1119 | | $0.35 |
| 11/19/2007 11:57:09 AM | Sales | ($72.20) | 36 | | $8.35 |
| 11/13/2007 6:18:01 PM | Sales | $0.00 | 36 | | $80.55 |
| 11/12/2007 5:08:36 PM | Phone Withdrawal | ($10.00) | TFN1112 | | $80.55 |
| 11/10/2007 5:29:51 PM | Phone Withdrawal | ($5.00) | TFN1110 | | $90.55 |
| 11/9/2007 9:56:53 AM | Payroll - IPP | $5.25 | HIPP1007 | | $95.55 |
| 11/7/2007 6:03:48 PM | Western Union | $50.00 | 33302808 | | $90.30 |
| 10/30/2007 6:55:27 AM | Phone Withdrawal | ($13.00) | TFN1030 | | $40.30 |
| 10/29/2007 5:09:57 PM | Sales | ($57.65) | 9 | | $53.30 |
| 10/29/2007 1:03:40 PM | Western Union | $100.00 | 33302108 | | $110.95 |
| 10/22/2007 5:46:06 PM | Sales | ($29.75) | 16 | | $10.95 |
| 10/22/2007 4:44:24 PM | Phone Withdrawal | ($10.00) | TFN1022 | | $40.70 |
| 10/16/2007 11:44:33 AM | Phone Withdrawal | ($13.00) | TFN1016 | | $50.70 |
| 10/9/2007 5:24:18 PM | Sales | ($82.15) | 16 | | $63.70 |
| 10/9/2007 8:44:57 AM | Payroll - IPP | $5.25 | HIPP0907 | | $145.85 |
| 10/4/2007 5:04:11 AM | Western Union | $100.00 | 33300408 | | $140.60 |
| 9/26/2007 6:44:13 AM | Phone Withdrawal | ($17.00) | TFN0926 | | $40.60 |

1 2



## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 6733 |
| PAC #: | 184266688 |
| FRP Participation Status: | Completed |
| Arrived From: | LOX |
| Transferred To: | |
| Account Creation Date: | 5/5/2004 |
| Local Account Activation Date: | 8/10/2006 3:54:50 AM |
| Sort Codes: | |
| Last Account Update: | 6/20/2008 11:05:22 AM |
| Account Status: | Active |
| Phone Balance: | $13.71 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $0.44 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.44 |
| National 6 Months Deposits: | $879.04 |
| National 6 Months Withdrawals: | $879.45 |
| National 6 Months Avg Daily Balance: | $26.45 |
| Local Max. Balance - Prev. 30 Days: | $110.66 |
| Average Balance - Prev. 30 Days: | $21.84 |