TOGITUFA FILO #95209-022
FEDERAL CORRECTIONAL INSTITUTION
3600 GUARD ROAD, LOMPOC LOW
LOMPOC, CALIFORINA--93436



SANTA BARBARA
CA 931 11
26 JUN 2008 PM

CR 04-183

**RECEIVED**
CLERK U.S. DISTRICT COURT

JUN 30 2008

DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF HAWAII, U.S. COURTHOUSE
300   ALA MOANA BOULEVARD, C-400
HONOLULU, HAWAII-96850-0400

96850+4371